IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **CURTIS DEAN BURTCH, JR.,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. 3:23-cv-00091-TES-CHW |
| v. : | |
| : | |
| **STATE OF GEORGIA,** : | |
| : | |
| Defendants. : | |
| : | |

### ORDER

*Pro se* Plaintiff Curtis Dean Burtch, Jr. an inmate at the Franklin County Detention Center in Carnesville, Georgia, has filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. A review of the Court's records reveals that the above-captioned claim is duplicative of another claim filed by this Plaintiff. *See Burtch v. State of Georgia,* 3:23-cv-00080-TES-CHW. In both claims, the Plaintiff is complaining about probation revocation proceedings in Franklin County Superior Court. *Compare* ECF No. 1, *with* ECF No. 1 in *Burtch v. State of Georgia,* 3:23-cv-00080-TES-CHW.

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of another active case. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative … if the parties, issues, and available relief do not significantly differ between the two actions." *IA. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). Because the pleadings in these cases raise allegations as to Plaintiff's recent probation revocation proceedings in Franklin County

Superior Court, the present action is **DISMISSED** as duplicative. Plaintiff cannot file any other pleadings under this civil action number 3:23-cv-00091-TES-CHW. All future pleadings as to this claim must be filed in *Burtch v. State of Georgia,* 3:23-cv-00080-TES-CHW and show that case number on his pleadings.

**SO ORDERED**, this 15th day of August, 2023.

_S/ Tilman E. Self, III_____
TILMAN E. SELF, III., JUDGE
UNITED STATES DISTRICT COURT